

March 6, 2015

**<u>VIA E-FILING</u>**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Sykes v. Mel S. Harris and Associates,* Nos. 13-2742, 13-2747, 13-2748

Dear Ms. Wolfe:

      I write to withdraw my appearance as one of the counsel representing appellants Mel S. Harris and Associates LLC, Mel S. Harris, Michael Young, David Waldman, Kerry Lutz, and Todd Fabacher in the above-captioned cases. As of March 9, 2015, I will have changed employment and will no longer be with Bancroft PLLC.

      Thank you for your attention to this matter.

      Respectfully submitted,

      s/Candice C. Wong
      Candice C. Wong
      *Counsel for Appellants Mel S. Harris and Associates LLC, Mel S. Harris, Michael Young, David Waldman, Kerry Lutz, and Todd Fabacher*

cc: Counsel of Record (by CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, an electronic PDF of this letter was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

s/Candice C. Wong
Candice C. Wong
*Counsel for Appellants Mel S. Harris and Associates LLC, Mel S. Harris, Michael Young, David Waldman, Kerry Lutz, and Todd Fabacher*
